## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. 1:16-CR-00485-9-JKB** |
| **ROBERT WATERS** | * | |

****** 

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain

counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 8th day of September, 2017, that

Pat M Woodward is hereby appointed to represent the individual.


/s/
_____

James K Bredar
UNITED STATES DISTRICT JUDGE